IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT PINO, | ) | |
|         Plaintiff, | ) | |
| v. | ) | C.A. No. 05-44 Pittsburgh |
| | ) | |
| EDMUND S. HAWLEY, | ) | |
|         Defendant. | ) | |

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on January 13, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge's report and recommendation, filed on March 5, 2007, recommended that Defendant's Motion for Summary Judgment (Doc. #38) be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on all parties by electronic notice. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 26th Day of March, 2007;

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (Doc. #38) is GRANTED.

The report and recommendation of Magistrate Judge Baxter, dated March 5, 2007, is adopted as the opinion of the court.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc:      Susan Paradise Baxter
           U.S. Magistrate Judge

           all parties of record